**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-21560-ALTMAN**

**ANDREI SHCHUKIN**,

*Plaintiff*,

*v.*

**VARSENIK PAPAZIAN**,

*Defendant*.
_________________________________/

**ORDER GRANTING MOTION TO DISMISS BY DEFAULT**

On April 3, 2025, the Plaintiff filed a "Complaint and Action in Mandamus and Under the Administrative Procedure Act," asking us to order the Defendant "to adjudicate Plaintiff's Application for Asylum and Withholding of Removal which he filed on August 31, 2022." Complaint [ECF No. 1] at 1. The Defendant moved to dismiss the Complaint under FED. R. CIV. P. 12(b)(1), arguing that we lack subject-matter jurisdiction to direct the Government to adjudicate an alien's pending asylum application. *See* Motion to Dismiss [ECF No. 4] at 5 ("[The Plaintiff] seeks to compel Defendant to schedule an asylum interview for Plaintiff within a particular timeframe, which is not clearly mandated by the INA.").

The Plaintiff hasn't responded to the Motion to Dismiss. *See generally* Docket. Our Local Rules require that, "[f]or all motions, except motions served with the summons and complaint, each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. FLA. L.R. 7.1(c)(1). The Plaintiff's failure to respond is, standing alone, a sufficient basis for us to grant the Motion to Dismiss by default. *See, e.g.*, *Weeks v. Braddy*, 2023 WL 2610290, at *1 n.1 (S.D. Fla. Mar. 23, 2023) (Altman, J.) ("Because Weeks didn't file a Response, we grant the Defendants'

motions by default."); *Augusme v. Carlton*, 2022 WL 10042943, at *2 (S.D. Fla. Oct. 17, 2022) (Altman, J.) ("Augusme didn't file a response opposing or otherwise objecting to the Motion to Dismiss—which gives us grounds to grant the Motion by default."); *see also Goforth v. Owens*, 766 F.2d 1533, 1535 (11th Cir. 1985) ("The court's power to dismiss is an inherent aspect of its authority to enforce its orders and insure prompt disposition of lawsuits."). Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Motion to Dismiss [ECF No. 4] is **GRANTED by default**.
2. The Complaint [ECF No. 1] is **DISMISSED without prejudice**.
3. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on May 30, 2025.

**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record